IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER LOGAN FRANKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 322-109 |
| | ) | |
| SGT. DANZY; CO 2 SCOTT; and CO 1 HINES, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **GRANTS** Defendants' motions to dismiss, (doc. nos. 18, 25, 26), and **DISMISSES** this case. The Court **DIRECTS** the Clerk to enter an appropriate judgment and **CLOSE** this case.

SO ORDERED this 20th day of March, 2023, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE