AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CHRISTOPHER LOGAN FRANKS,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV322-109

SGT. DANZY; CO2 SCOTT; CO 1 HINES,

Defendants,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the order of the Court dated March 20, 2023, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Defendants' Motions to dismiss are granted and Plaintiff's complaint is dismissed. This action stands closed.



| March 20, 2023 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | (By) Deputy Clerk |

GAS Rev 10/2020